UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



Brian Evans, Plaintiff,

v.

Cerberus Capital Management, L.P., et al, Defendants

Case No. 25-CV-62282-AOV

VERIFICATION / AFFIDAVIT IN SUPPORT OF PREJUDGMENT ATTACHMENT
(NON-EMERGENCY)

I, Brian Evans, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am the Plaintiff in this action and make this verification in support of my request for prejudgment attachment under Federal Rule of Civil Procedure 64.
2. This filing is submitted pursuant to the Court's November 12, 2025 Order, which denied only emergency consideration of the prior motion. This verification is therefore provided for normal review, without request for expedited handling.
3. The statements and facts contained in my pleadings and filings are true to the best of my knowledge, information, and belief.

I respectfully submit this verification to confirm compliance with applicable rules and to perfect the record regarding the pending motion.

Local Rule 7.1(a)(3) Certification: Plaintiff certifies that conferral was not practicable because the defendant has not yet appeared.

Certificate of Service: I certify that a true and correct copy of the foregoing will be served on all appearing parties by U.S. Mail upon their appearance.

Executed on November 12, 2025, at Hallandale Beach, Florida.

Brian Evans

4

2080 S. Ocean Drive #1505
Hallandale Beach, FL 33009
(954) 214-3076
belasvegas@yahoo.com
Filed Pro Se

5



US POSTAGE AND FEES PAID
PRIORITY MAIL IMI
Nov 12 2025
Mailed from ZIP 89113
PRIORITY MAIL
ZONE 8 FLAT-RATE ENV
20654310
Commercial

C071

USPS PRIORITY MAIL

Brian Evans
Brian Evans
2080 S OCEAN DR APT 1505
HALLANDLE BCH FL 33009-6683

SHIP TO:
Clerk Of Court US District Court
Southern District Of Florida
400 N MIAMI AVE
MIAMI FL 33128-1801



USPS TRACKING #



PRESS FIRMLY TO SEAL

PRIORITY MAIL

UNITED STATES POSTAL SERVICE®

delivery date specified for domestic use.
shipments include $100 of insurance (restrictions apply).*
cking® service included for domestic and many international destinations.
ternational insurance.**
d internationally, a customs declaration form is required.
s not cover certain items. For details regarding claims exclusions see the
Manual at http://pe.usps.com.
onal Mail Manual at http://pe.usps.com for availability and limitations of coverage.

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



how2recycle.info

FLAT RATE ENVELOPE
POSTAGE REQUIRED

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023. All rights reserved.

RATE ENVELOPE
■ ANY WEIGHT

KED ■ INSURED

EP14F October 2023
OD: 12 1/2 x 9 1/2





0001000014