UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

FORT LAUDERDALE DIVISION

BRIAN EVANS,

Plaintiff,

v.

CERBERUS CAPITAL MANAGEMENT, L.P.;

RALPH DE LA TORRE;

MEDICAL PROPERTIES TRUST, INC.,

Defendants.

Case No.: 0:25-cv-62282-AHS

PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL PLEADING

NUNC PRO TUNC

(Fed. R. Civ. P. 15(d))

Plaintiff Brian Evans, proceeding pro se, respectfully moves this Court for leave, nunc pro tunc, to accept and docket Plaintiff's Supplement to the First Amended Complaint (Jurisdiction and Venue), which was filed promptly after the Court's December 10, 2025 Order.

1

## I. PROCEDURAL BACKGROUND

1. On December 10, 2025, the Court entered an Order dismissing Plaintiff's Complaint without prejudice and granting leave to amend.

2. Plaintiff timely filed a First Amended Complaint addressing jurisdiction and venue.

3. Plaintiff thereafter filed a Supplement to further clarify jurisdictional and venue allegations. At the time the Supplement was filed, Defendant Cerberus Capital Management, L.P. had not appeared, and no responsive pleading had been filed addressing the merits of jurisdiction or venue. Counsel had appeared for Defendants Ralph de la Torre and Medical Properties Trust, Inc., and Medical Properties Trust, Inc. had previously filed a motion for extension of time, which was rendered moot by the Court's subsequent Order dismissing without prejudice and granting leave to amend.

## II. RULE 15(d)

4. Rule 15(d) permits supplemental pleadings to set out additional facts.

5. The Supplement asserts no new claims, adds no parties, and does not alter the substantive causes of action. It merely amplifies jurisdictional and venue facts already placed at issue by the Court's December 10, 2025 Order, and therefore causes no prejudice to any Defendant.

### III. NUNC PRO TUNC RELIEF

6. Acceptance of the Supplement promotes judicial efficiency.

7. Plaintiff files this motion solely to regularize the docket and to seek leave under Rule 15(d). Nothing herein is intended to waive, withdraw, concede, or otherwise affect any pending motions or issues currently before the Court, all of which remain pending for the Court's consideration.

### IV. CONCLUSION

WHEREFORE, Plaintiff respectfully requests the Court grant leave nunc pro tunc.

Respectfully submitted,

_____

Brian Evans

Plaintiff, Pro Se

Hallandale Beach, Florida

Dated: December 15, 2025

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S. Mail on December 15, 2025, upon:

Cerberus Capital Management, L.P.

c/o Registered Agent

1209 Orange Street

Wilmington, DE 19801

Alexander Manuel Peraza, Esq.

David Alan Rothstein, Esq.

Dimond Kaplan & Rothstein, P.A.

2665 South Bayshore Drive, PH-2B

Coconut Grove, FL 33133

Glen H. Waldman, Esq.

Armstrong Teasdale LLP

355 Alhambra Circle, Suite 1250

Coral Gables, FL 33134

Brian Evans