UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-62282-CIV-SINGHAL

BRIAN EVANS,

    Plaintiff,

vs.

CERBERUS CAPITAL MANAGEMENT, L.P., *et al.,*

    Defendants.

_____/

## ORDER

**THIS CAUSE** is before the Court *sua sponte* on review of the docket. Defendant Cerberus Capital Management, L.P. has filed a Motion to Dismiss and has explained the conflicts and factual issues that make it impossible for Defendants to file a joint motion to dismiss. The Court agrees. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that for purposes of responding to the Second Amended Complaint (DE [61]) Defendants are excused from the Court's practice of requiring submission of joint motions. (DE [31]).

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 9th day of January 2026.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF