UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-62282-CIV-SINGHAL

BRIAN EVANS,

    Plaintiff,

vs.

CERBERUS CAPITAL MANAGEMENT, L.P., *et al.,*

    Defendants.

_____/

## ORDER

**THIS CAUSE** is before the Court *sua sponte* on review of the docket. Defendant Cerberus Capital Management, L.P. has filed a Motion to Dismiss supported by an affidavit of counsel which attaches several exhibits. (DE [77]).  The exhibits to the affidavit as docketed on CM/ECF do not contain descriptive names as required by the Court's CM/ECF Procedures, Rule 3L.(2) and the Court's Notice of Court Practice (DE [31]). Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Affidavit (DE [77]) is **STRICKEN WITHOUT PREJUDICE** to refile in accordance with the governing Notice of Court Practice and CM/ECF Rule 3L.(2).

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 9th day of January 2026.

                                                               RAAG SINGHAL
                                                            UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF